# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138245

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                        SC: 138245
                                        COA: 282324
                                        Calhoun CC: 2007-002128-FH

LARAY ANTAWN WILLIAMS,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 8, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

                                        Clerk

d0518